

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue #28, Room 170
Anchorage, Alaska 99513-7568

**RECEIVED**
JUL 2 7 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Memorandum To:  US District Court for the District of Alaska

From:  U.S. Marshals Service

Subject:  **3:03-CR-055 (AHB)** Original Writ of Execution

Date:  July 26, 2007

The attached original writ is being returned to your office. No further action will be take on this writ. All process has been previously returned to the Clerk of Court.

Linda M. Klemm
Civil Administrator/
Purchasing Agent